# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

**Sidney Terrel Davis**

               Plaintiff                    **JUDGMENT**
    vs.                                   **IN A CIVIL CASE**

                                        Civil Action No. 4:06-cv-2399-GRA

**Director R Myers;**
**Alvin S Glenn Detention Center;**
**Assistant Director Harell;**
**Lt NFN Burroughs;**
**Captain W Refo;**
**Ofc NFN Jarvis;**
**Officer Goldwire;**
**Captain M Higgins; and**
**Ofc L Milhouse**

               Defendants

**Decision by the Court.**   This action came to hearing before the court.  The Court having accepted and adopted the Report and Recommendation of the U.S. Magistrate Judge;

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice and without issuance and service of process.

                                               LARRY W. PROPES, CLERK
                                               UNITED STATES DISTRICT COURT

                                               s/ *Sharon Welch Meyer*
                                               Deputy Clerk

October 4, 2006